| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br>ENERGY BRANDS INC. d/b/a GLACÉAU, :<br>                                                                  :<br>                          Plaintiff,          :<br>                                                                  :<br>              v.                                                 :<br>                                                                  :<br>NATIONAL BEVERAGE CORP.,           :<br>                                                                  :<br>                          Defendant.       :<br>                                                                  :<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | ELECTRONICALLY FILED<br><br><br>08 Civ. 4909 (JSR)<br><br>**STATEMENT PURSUANT TO RULE 7.1** |

This statement is submitted pursuant to Rule 7.1 of the Federal Rules of Civil Procedure in order to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal.  The undersigned counsel of record certifies that plaintiff Energy Brands Inc. d/b/a Glacéau is a wholly-owned subsidiary of The Coca-Cola Company, a publicly-held corporation.

Dated: May 28, 2008
       New York, New York

                                        DEBEVOISE & PLIMPTON LLP

                                        By: /s/ David H. Bernstein
                                             David H. Bernstein
                                             (dhbernstein@debevoise.com)
                                             S. Zev Parnass
                                             (szparnass@debevoise.com)
                                        919 Third Avenue
                                        New York, New York 10022
                                        (212) 909-6696 (telephone)
                                        (212) 521-7696 (facsimile)

                                        *Attorneys for Plaintiff Energy Brands Inc. d/b/a Glacéau*