# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08-CIV-4909

Date Filed: 5/28/2008

Plaintiff:
**ENERGY BRANDS, INC. d/b/a GLACEAU,**

vs.

Defendant:
**NATIONAL BEVERAGE CORP,**

For:
David H. Bernstein
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, NY

Received by Professional Process Servers on the 3rd day of June, 2008 at 9:00 am to be served on **NATIONAL BEVERAGE CORP., ONE NORTH UNIVERSITY DRIVE, FORT LAUDERDALE, FL 33324**.

I, Pedro Elias Bo Sauder, being duly sworn, depose and say that on the **3rd day of June, 2008 at 3:45 pm**, I:

Served the within named Corporation by delivering a true copy of the **FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL WITH EXHIBITS** with the date and hour of service endorsed thereon by me to VICKY HILDEN as CORPORATE COUNSEL of the within named corporation, in compliance with State Statutes.

Under penalty of perjury, I do hereby certify that I have read the foregoing Affidavit of Service and that the facts stated in it are true. I have no interest in the above action. I am a Special Process Server in the county in which it was served in good standing.



NATALI GARCIA
MY COMMISSION # DD 407866
EXPIRES: March 16, 2009
Bonded Thru Notary Public Underwriters

Subscribed and Sworn to before me on the 4th day of June, 2008 by the effiant who is personally known to me.

NOTARY PUBLIC

Pedro Elias Bo Sauder
786

Professional Process Servers
& Investigators, Inc.
1749 N.E. 26th Street, Suite C
Wilton Manors, FL 33305
(954) 566-2623
Our Job Serial Number: 2008010583