| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ELECTRONICALLY FILED |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ENERGY BRANDS INC. d/b/a GLACÉAU, :
:
            Plaintiff, :
: 08 Civ. 4909 (JSR)
   v. :
:
NATIONAL BEVERAGE CORP., :
:
           Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

    The undersigned hereby files this Notice of Appearance as counsel of record for Defendant, National Beverage Corp., and respectfully requests that all future papers and pleadings be served upon the undersigned as counsel of record for Defendant.

| | |
|---|---|
| Dated: Miami, Florida<br>       August 4, 2008 | Respectfully submitted,<br><br>**LOTT & FRIEDLAND, P.A.**<br><br>By: s/ Leslie J. Lott<br>     Leslie J. Lott<br>     New York Bar No. 1633130<br>     355 Alhambra Circle, Suite 1100<br>     Coral Gables, Florida 33134<br>     Tel: (305) 448-7089<br>     Fax: (305) 446-6191<br>     Email: ljlott@lfiplaw.com<br><br>*Attorneys for Defendant,*<br>*National Beverage Corp.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on the referenced date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the following Service List in the Manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        s/ Leslie J. Lott
                                                            Leslie J. Lott

David H. Bernstein
Debevoise & Plimpton LLP
919 Third Avenue, 31st Floor
New York, New York  10022

*Attorneys for Plaintiff Energy Brands, Inc. d/b/a Glaceau*

*Service via CM/ECF*