| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | | ELECTRONICALLY FILED |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ENERGY BRANDS INC. d/b/a GLACÉAU,     :
:
            Plaintiff,     :
:     08 Civ. 4909 (JSR)
   v.     :
:
NATIONAL BEVERAGE CORP.,     :
:
            Defendant.     :
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, National Beverage Corp., through its attorneys, declares that National Beverage Corp. is a publicly traded company and there is no parent corporation nor any publicly held corporation that owns 10% or more of its stock.

Dated: Miami, Florida  
       August 7, 2008

Respectfully submitted,

**LOTT & FRIEDLAND, P.A.**

By: s/ Leslie J. Lott  
Leslie J. Lott  
New York Bar No. 1633130  
355 Alhambra Circle, Suite 1100  
Coral Gables, Florida 33114  
Tel: (305) 448-7089  
Fax: (305) 446-6191  
Email: ljlott@lfiplaw.com

*Attorneys for Defendant,*  
*National Beverage Corp.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the referenced date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the following Service List in the Manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    s/ Leslie J. Lott
                                                       Leslie J. Lott

David H. Bernstein
Debevoise & Plimpton LLP
919 Third Avenue, 31st Floor
New York, New York  10022

*Attorneys for Plaintiff Energy Brands, Inc. d/b/a Glaceau*

*Service via CM/ECF*