David H. Bernstein                                    ELECTRONICALLY FILED
(dhbernstein@debevoise.com)
S. Zev Parnass
(szparnass@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6696 (telephone)
(212) 521-7696 (facsimile)

*Attorneys for Plaintiff Energy Brands Inc. d/b/a Glacéau*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ENERGY BRANDS INC. d/b/a GLACÉAU,          :
                                           :
                    Plaintiff,             :
                                           :        08 Civ. 4909 (JSR)
          v.                               :
                                           :
NATIONAL BEVERAGE CORP.,                   :
                                           :
                    Defendant.             :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


### NOTICE OF VOLUNTARY DISMISSAL

WHEREAS, Energy Brands Inc. d/b/a Glacéau ("Glacéau") commenced the

above-entitled action against National Beverage Corp. ("National") by filing a Complaint

on May 28, 2008, alleging, *inter alia*, that the trade dress of National's ÀSANTÉ product

infringes and dilutes the trade dress of Glacéau's VITAMINWATER® product; and

WHEREAS, on June 2, 2008, Glacéau filed an Amended Complaint in the above-

entitled action adding allegations, *inter alia*, that the use of the phrase "VITAMIN

WATER" on the label of National's ÀSANTÉ product infringes and dilutes the

VITAMINWATER® trademark; and

WHEREAS, on June 4, 2008, Glacéau filed a motion to dismiss the declaratory

judgment complaint filed by National against Glacéau in the United States District Court

for the Southern District of Florida, captioned *National Beverage Corp. v. Energy*

*Brands, Inc. d/b/a Glaceau*, No. 08-60792-CIV-ALTONAGA/BROWN (S.D. Fla.) (the

"Florida Action"), or, alternatively, to stay or transfer the Florida Action; and

WHEREAS, on July 9, 2008, at the hearing on Glacéau's motion to dismiss the

Florida Action, National represented to the Court in the Florida Action that it was going

to make a change to its ÀSANTÉ trade dress to the trade dress shown in Exhibit A (the

"New ÀSANTÉ Trade Dress"); and

WHEREAS, the New ÀSANTÉ Trade Dress does not include the infringing and

diluting reference "VITAMIN WATER"; and

WHEREAS, the parties have been engaged in settlement discussions in light of

the representations National made on July 9, 2008 concerning the New ÀSANTÉ Trade

Dress; and

WHEREAS, on August 14, 2008, the Court in the Florida Action denied

Glacéau's motion;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

Glacéau hereby issues and files this Notice of Voluntary Dismissal dismissing the above-

entitled action without prejudice.


Dated: August 18, 2008
       New York, New York

                                  DEBEVOISE & PLIMPTON LLP


                                  By: /s/ David H. Bernstein
                                       David H. Bernstein
                                      (dhbernstein@debevoise.com)
                                       S. Zev Parnass
                                      (szparnass@debevoise.com)
                                  919 Third Avenue
                                  New York, New York 10022
                                  (212) 909-6696 (telephone)
                                  (212) 521-7696 (facsimile)

                                  *Attorneys for Plaintiff Energy Brands Inc.*
                                  *d/b/a Glacéau*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 18, 2008, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will send a

notice of electronic filing to all counsel or parties of record on the below service list.

/s/ David H. Bernstein
David H. Bernstein


Leslie J. Lott, Esq.
Lott & Friedland, P.A.
355 Alhambra Circle
Suite 1100
Coral Gables, Florida 33114
*Attorneys for Defendant*

# EXHIBIT A



# ÀSANTÉ™
## vitamins to health
### NUTRI·POWERED VITAMIN HYDRATION

**r** REPLENISH
KIWI STRAWBERRY
B BITAMINS + ELECTROLYTES

**20** FL OZ (591) mL

---

# ÀSANTÉ™
## vitamins to health
### NUTRI·POWERED VITAMIN HYDRATION

**r** REPLENISH
KIWI STRAWBERRY
B BITAMINS + ELECTROLYTES

**20** FL OZ (591) mL

---

## ÀSANTÉ
### vitamins          to health

Asante is deliciously flavored water, enhanced with specific nutrients you need to maintain a healthy balance in your body. Proper hydration is so important, and Asante Replenish is a refreshing alternative with the added bonus of 7 essential vitamins and minerals. To Health!

www.asantewater.com



06-2008-FDC   PLB31085

0 76737 31085 9

## Nutrition Facts

Serving Size 8 fl oz (240 mL)
Servings per Container 2.5

**Amount Per Serving**

**Calories** 50

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | 0% |
| **Sodium** 0mg | 0% |
| **Total Carbohydrate** 13g | 4% |
| Sugars 13g | |
| **Protein** 0g | |

| | per serving | per bottle |
|---|---|---|
| Vitamin A | 10% | 25% |
| Vitamin C | 40% | 100% |
| Vitamin E | 10% | 25% |
| Vitamin B3 | 10% | 25% |
| Vitamin B6 | 10% | 25% |
| Vitamin B12 | 10% | 25% |
| Vitamin B5 | 10% | 25% |
| Magnesium 20mg | 5% | 50mg 15% |

Not a significant source of saturated fat, trans fat, cholesterol, dietary fiber, calcium, and iron.

*Percent Daily Values are based on a 2,000 calorie diet.

INGREDIENTS: WATER, CRYSTALLINE FRUCTOSE, NATURAL FLAVOR, CITRIC ACID, MAGNESIUM LACTATE (ELECTROLYTE), CALCIUM LACTATE (ELECTROLYTE), GUAR GUM, ASCORBIC ACID, (VITAMIN C), VEGETABLE JUICE (COLOR), MONOPOTASSIUM PHOSPHATE (ELECTROLYTE), VITAMIN A PALMITATE, VITAMIN E ACETATE, NIACIN (B3), PANTOTHENIC ACID (B5), PYRIDOXINE HYDROCHLORIDE (B6), CYANOCOBALAMIN (B12), RED 40.

DISTRIBUTED BY SUNDANCE BEVERAGE COMPANY
WARREN, MI 48091     1.800.323.3416
A NATIONAL BEVERAGE COMPANY
PRODUCT OF USA                    ©2007

---

← Bleed
.0625

← Trim
3.5 x 9.5

← Copy Safety
.09375

← Bidirectional
Meet Point
9.0